IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINALD FENTER, | : | CIVIL ACTION |
| Plaintiff, | : | |
| v. | : | No. 11-4916 |
| KRAFT FOODS GLOBAL, INC., | : | |
| Defendant. | : | |

# ORDER

**AND NOW**, this 14th day of November, 2012, upon consideration of the Motion for Summary Judgment by Defendant Kraft Foods Global, Inc. (Doc. No. 25), the Response in Opposition to Defendant's Motion for Summary Judgment by Plaintiff Reginald Fenter, and Defendant's Reply Memorandum in Support of its Motion for Summary Judgment, it is hereby **ORDERED** that:

1. Plaintiff's request pursuant to Federal Rule of Civil Procedure 56(f) seeking a postponement of a decision to permit additional discovery is **DENIED**; and

2. The Motion (Doc. No. 25) is **GRANTED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE